UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KYLE AUFFRAY and JOHN JENKINS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FXFL, LLC, BRIAN WOODS, ALAN PACE, and MICHAEL HALEM<br><br>Defendants. | Index No.: 1:15-cv-9379 (GHW)(SDA) |

## NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

For the reasons set forth in Plaintiffs' Memorandum of Law in Support of their Motion for Final Approval of the Class Action Settlement and in the Declaration of Brett R. Gallaway ("Gallaway Decl.") and accompanying exhibits, Plaintiffs respectfully request that the Court enter an Order:

1. granting final certification of the settlement class;

2. granting final approval of the Settlement Agreement and Release (Dkt. No. 348-1);

3. granting approval of the FLSA settlement; and

4. granting such other, further, or different relief as the Court deems just and proper

Dated: New York, New York
       August 15, 2019

/s/
Brett R. Gallaway
Lee S. Shalov
McLAUGHLIN & STERN, LLP
260 Madison Ave.
New York, NY 10016
Telephone: (212) 448-1100
*Attorneys for Plaintiffs and Class Members*

{N0024409.1}